**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Pennsylvania**

Case number (if known): _____    Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Marguerite R. Billbrough, P.C.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**Center for Sight of Delaware County**

**3. Debtor's federal Employer Identification Number (EIN)**

2 3 – 2 9 2 6 0 1 8

**4. Debtor's address**

Principal place of business

**1098 W. Baltimore Pike**
Number        Street

**Media, PA 19063**
City                                State    ZIP Code

**Delaware**
County

Mailing address, if different from principal place of business

Number        Street

City                                State    ZIP Code

Location of principal assets, if different from principal place of business

Number        Street

City                                State    ZIP Code

**5. Debtor's website (URL)**    **http://centerforsightpa.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Marguerite R. Billbrough, P.C.**                                          Case number *(if known)* _____
          Name

**7. Describe debtor's business**

*A. Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **6  2  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                    MM / DD / YYYY

       District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____                Relationship _____

       District _____                When _____
                                                  MM / DD / YYYY

       Case number, if known _____

| Debtor | **Marguerite R. Billbrough, P.C.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number         Street | |
| | _____ | |
| | City _____  State ____  ZIP Code _____ | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.  Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

## Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | |
| | ☐ Funds will be available for distribution to unsecured creditors. | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| **14. Estimated number of creditors** | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| ☐ 200-999 | | | |

| **15. Estimated assets** | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Marguerite R. Billbrough, P.C.**
         Name                                                              Case number *(if known)*

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/05/2024**
              MM/ DD/ YYYY

X    **/s/ Marguerite R. Billbrough**                    **Marguerite R. Billbrough**
     Signature of authorized representative of debtor        Printed name

     Title    **Dr. Marguerite R. Billbrough**

**18. Signature of attorney**

X                    **/s/ Stephen Dunne**              Date    **06/05/2024**
     Signature of attorney for debtor                            MM/ DD/ YYYY

     **Stephen Dunne**
     Printed name

     **Dunne Law Offices, PC**
     Firm name

     **1515 Market Street 1200**
     Number        Street

     **Philadelphia**                        **PA**        **19102**
     City                                    State        ZIP Code

     **(215) 205-6367**                      **stephen@dunnelawoffices.com**
     Contact phone                           Email address

     **208838**                              **PA**
     Bar number                              State

Fill in this information to identify the case:

Debtor Name  **Marguerite R. Billbrough, P.C.**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Pennsylvania**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:          Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
    |---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
    |---|---|---|---|
    | 3.1.  **TD BANK** | **Checking account** | **9  8  7  2** | $875.13 |

4.  **Other cash equivalents** *(Identify all)*

    4.1 _____
    4.2 _____

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $875.13

## Part 2:          Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    | 7.1  **Riddle Hospital** | $6,229.16 |
    |---|---|

Debtor      **Marguerite R. Billbrough, P.C.**                          Case number *(if known)* _____
            Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____    _____

    8.2 _____    _____

9.  **Total of Part 2**                                                         | $6,229.16 |

    Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                   **Current value of
                                                                   debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   **unknown**   -   **unknown**   =.....➡        $5,291.36
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:   _____   -   _____   =.....➡
                              face amount            doubtful or uncollectible accounts

12. **Total of Part 3**                                                         | $5,291.36 |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                            **Valuation method used
                                            for current value**          **Current value of
                                                                         debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of
                                                    ownership:

    15.1 _____    _____    _____

    15.2 _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

---

Debtor    **Marguerite R. Billbrough, P.C.** _____    Case number *(if known)* _____
       Name

| | | | |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20.** Work in progress | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21.** Finished goods, including goods held for resale | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22.** Other inventory or supplies | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                [_____]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

Debtor    **Marguerite R. Billbrough, P.C.**                                      Case number *(if known)* _____
　　　　Name

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                              [_____]

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |

Debtor    **Marguerite R. Billbrough, P.C.**                                    Case number *(if known)* _____
                _____
                Name

| | | | |
|---|---|---|---|
| **2 Medical Desks** | **unknown** | Internet Search for Replacement Model | **$400.00** |
| **Slit Lamp Tables** | **unknown** | Internet Search for Replacement Model | **$50.00** |
| **File Cabinets** | **unknown** | Internet Search for Replacement Model | **$200.00** |
| **5 Desks** | **unknown** | Internet Search for Replacement Model | **$650.00** |
| **2 Wood Tables** | **unknown** | Internet Search for Replacement Model | **$50.00** |
| **2 Glass Tables** | **unknown** | Internet Search for Replacement Model | **$50.00** |
| **3 End Tables** | **unknown** | Internet Search for Replacement Model | **$75.00** |
| **1 Wood Coffee Table** | **unknown** | Internet Search for Replacement Model | **$40.00** |
| **10 Shelving Units** | **unknown** | Internet Search for Replacement Model | **$300.00** |
| **4 Medical Chairs** | **unknown** | Internet Search for Replacement Model | **$2,000.00** |
| **6 Doctor Stools** | **unknown** | Internet Search for Replacement Model | **$480.00** |
| **2 Book Shelves** | **unknown** | Internet Search for Replacement Model | **$200.00** |
| **Kitchen Table w/ 6 Chairs** | **unknown** | Internet Search for Replacement Model | **$100.00** |
| **30 Office Chairs** | **unknown** | Internet Search for Replacement Model | **$1,200.00** |
| **2 Computer Table w/ wheels, shelf, computer access top 36inL x 20inWx 30.5inH** | **unknown** | Internet Search for Replacement Model | **$40.00** |
| **1x Steel Shelf 3 Lvl w/ wheels, basket 24inL x 18inWx 57.5inH** | **unknown** | Internet Search for Replacement Model | **$40.00** |

Debtor    **Marguerite R. Billbrough, P.C.**
Name                                                                    Case number *(if known)*

| | | | |
|---|---|---|---|
| **3lt Steel Shelf 3 Lvl 48inL X 18inW X 33inH** | unknown | Internet Search for Replacement Model | $20.00 |
| **Emerson TV LCD/DVD Combination Model LD200EM8 SN: J48735944, J47730694** | unknown | Internet Search for Replacement Model | $20.00 |
| **1x Craftsman 4 Drawer Locking Steel Rolling Tool Cabinet Color: Black 26.5inL x 32.5inH** | unknown | Internet Search for Replacement Model | $50.00 |
| **1x Craftsman 5 Drawer Locking Steel Rolling Tool Cabinet Color: Silver 26.5inL x 32.5inH** | unknown | Internet Search for Replacement Model | $50.00 |
| **7x Lumex Chairs PRO-LAB Rev A05 Model 574G857** | unknown | Internet Search for Replacement Model | $140.00 |
| **1x Steel Rolling Table w/ Shelf 36inW x 24inL x 33.75inH** | unknown | Internet Search for Replacement Model | $40.00 |
| **1x Steel Shelf w/ Wheels 6 Lvl includes 2 Baskets 30inL x 18inW x 75in** | unknown | Internet Search for Replacement Model | $50.00 |
| **1x Steel Shelf w/ Wheels 6 Lvl 48inL x 18inW x 75inH** | unknown | Internet Search for Replacement Model | $70.00 |
| **1x Steel Shelf w/ Wheels 4 Lvl includes Solid Bottom 48inL x 24inW x 68in** | unknown | Internet Search for Replacement Model | $60.00 |
| **1x Steel Shelf w/ Wheels 4 Lvl includes Soild Bottom 60inL x 24inW x 68inH** | unknown | Internet Search for Replacement Model | $50.00 |
| **1x Craftsman 6 Drawer Locking Steel Rolling Toll Cabinet Color: Blue 27inL x 18inW x 41inH w/ Zoll M Series 3,iP; asic Defibrillator** | unknown | Internet Search for Replacement Model | $40.00 |
| **1x Steel Step Stool w/ Handle & 1x Steel Step Stool w/o Handle** | unknown | Internet Search for Replacement Model | $25.00 |
| **1x North American Drager Narkomed 2B SN: 14715** | unknown | Internet Search for Replacement Model | $500.00 |
| **2x Adjustable Workstations** | unknown | Internet Search for Replacement Model | $200.00 |
| **1x Steel Rolling Table 30inL x 16inWx 34inH** | unknown | Internet Search for Replacement Model | $100.00 |
| **10x Chair w/ Armrest** | unknown | Internet Search for Replacement Model | $200.00 |

| Debtor | **Marguerite R. Billbrough, P.C.** | | Case number *(if known)* | |
| | Name | | | |

| | | | |
|---|---|---|---|
| **4x Chair w/o Armrest** | **unknown** | **Internet Search for Replacement Model** | **$60.00** |
| **1x Chair w/ Armrest** | **unknown** | **Internet Search for Replacement Model** | **$25.00** |
| **2x Chair w/ Wood Armrest** | **unknown** | **Internet Search for Replacement Model** | **$20.00** |
| **4x Chair wl Wood Armrest** | **unknown** | **Internet Search for Replacement Model** | **$80.00** |
| **2x Chair w/ Armrest** | **unknown** | **Internet Search for Replacement Model** | **$50.00** |
| **16x Adjustabte Rolling Chair w/ Armrest** | **unknown** | **Internet Search for Replacement Model** | **$100.00** |
| **1x Adjustable Rolling Chair w/o Armrest** | **unknown** | **Internet Search for Replacement Model** | **$20.00** |
| **3x Cabinet Double Doors Locking 5 Shelfs 36inl x 18inWx 72inH** | **unknown** | **Internet Search for Replacement Model** | **$150.00** |
| **1x Steel Shelf 3Lvl wl Wheels 48inl x 18inW x 39.5in** | **unknown** | **Internet Search for Replacement Model** | **$50.00** |
| **7x Adjustable Stool Color: Black** | **unknown** | **Internet Search for Replacement Model** | **$105.00** |
| **3x Adjustable Stool w/ Seat Backing Color: Black** | **unknown** | **Internet Search for Replacement Model** | **$45.00** |
| **7x Side Table w/ Wheels & Shelf Color: White 22.5L x 16inW 22.75inH** | **unknown** | **Internet Search for Replacement Model** | **$140.00** |
| **1x Steel IV Stand w/ Wheels** | **unknown** | **Internet Search for Replacement Model** | **$20.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **3 Stryker 1079 Eye Surgery Stretcher SN: 0710 089252, 0710 089253, 0710 089254** | **unknown** | **Internet Search for Replacement Model** | **$300.00** |

Debtor    **Marguerite R. Billbrough, P.C.**                                Case number *(if known)*
Name

| | | | |
|---|---|---|---|
| **2x Stryker 1210 Stretcher SN: 9611 030995, 9506 030420** | unknown | Internet Search for Replacement Model | $150.00 |
| **3x Dinamap Pro 300 Critkon REF DP300 SN: 010M0899015, 010M0889040, 010M0899026** | unknown | Internet Search for Replacement Model | $225.00 |
| **1x Dinamap Compact TS/BP Critikon REF 117208 SN: 98X0012072** | unknown | Internet Search for Replacement Model | $75.00 |
| **1x Hewlett Packard Pagewriter Xli Cardiograph Model M1700A, Options -ABA, SN: 3301A05312** | unknown | Internet Search for Replacement Mod | $50.00 |
| **3x Passport XG Datascope REF PN 0998-00-0134-N44 SN: PG9832-B8, PG9465-A8, PG9826-B8, PG9189-A8 (nc,land), PG9859-B8 (no stand)** | unknown | Internet Search for Replacement Model | $150.00 |
| **2x Steel Receptacles 35inH** | unknown | Internet Search for Replacement Model | $100.00 |
| **6x Steel Receptacles w/ Foot Peddle, Lid 35.5inH** | unknown | Internet Search for Replacement Model | $100.00 |
| **1x Craftsman 6 Drawer Locking Steel Rolling Toll Cabinet Color: Blue 27inL x 18inW x 41inH w/ Zoll M Series 3,iP; asic Defibrillator** | unknown | Internet Search for Replacement Model | $40.00 |
| **1x Electrosurgical Generator Force 2 SN: F7G 3453T** | unknown | Internet Search for Replacement Model | $200.00 |
| **2x Steel Mayo Stands** | unknown | Internet Search for Replacement Model | $75.00 |
| **1x North American Drager Narkomed 2B SN: 14715** | unknown | Internet Search for Replacement Model | $500.00 |
| **1x AMO Sovereign Compact REF: CMP680300 SN: 201134429** | unknown | Internet Search for Replacement Model | $1,000.00 |
| **2x Wolf Trimline X Ray Viewer** | unknown | Internet Search for Replacement Model | $200.00 |
| **2x Lock Box 16inL x BinW x 8inH** | unknown | Internet Search for Replacement Model | $50.00 |
| **1x Criticare System Inc. Anesthesia Gas Monitor Poet IQ REF 602-6B, SN: 201399836** | unknown | Internet Search for Replacement Model | $150.00 |
| **1x Mac Medical Warming Cabinet 4 Lvl Model SWC 72-G, SN 061107-704, 30inl x 26inW x 74.SinH** | unknown | Internet Search for Replacement Model | $500.00 |

Debtor    **Marguerite R. Billbrough, P.C.**                                Case number *(if known)*
          Name

| | | | |
|---|---|---|---|
| **1x Detecto Seate SN: 3P7044** | **unknown** | **Internet Search for Replacement Model** | **$25.00** |
| **2 Apartment Size Refrigerators** | **unknown** | **Internet Search for Replacement Model** | **$50.00** |
| **11 Laptops/Computers** | **unknown** | **Internet Search for Replacement Model** | **$1,100.00** |
| **2 Fax/Photocopy Machines** | **unknown** | **Internet Search for Replacement Model** | **$200.00** |
| **Medical Trays** | **unknown** | **Internet Search for Replacement Model** | **$40.00** |
| **Fundus photo machine** | **unknown** | **Internet Search for Replacement Model** | **$1,200.00** |
| **OCT Photo Machine** | **unknown** | **Internet Search for Replacement Model** | **$1,000.00** |
| **YAG Laser Machine** | **unknown** | **Internet Search for Replacement Model** | **$3,000.00** |
| **Visual Field Machine** | **unknown** | **Internet Search for Replacement Model** | **$2,500.00** |
| **Ophthalmic lane equipment** | **unknown** | **Internet Search** | **$6,000.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____    _____    _____    _____

    42.2 _____    _____    _____    _____

    42.3 _____    _____    _____    _____

43. **Total of Part 7**                                                                                    | **$27,335.00** |

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

Debtor    **Marguerite R. Billbrough, P.C.**

Name

Case number *(if known)* _____

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| _____ |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Marguerite R. Billbrough, P.C.**
_____          Case number *(if known)* _____
      Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Office** / 1098 W. Baltimore Pike 3301 **Media, PA 19063** | **Lease** | **unknown** | | **unknown** |

**56.** **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☑ No

  ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>  **www.centerforsightpa.com** | **unknown** | **www.godaddy.com** | **$1,165.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                **$1,165.00**

Debtor    **Marguerite R. Billbrough, P.C.**                              Case number *(if known)* _____
_____
Name

---

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➜    _____
                              Total face amount       doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____    _____
_____  Tax year _____    _____
_____  Tax year _____    _____

73.  **Interests in insurance policies or annuities**

_____                        _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        _____

**Nature of claim**    _____

**Amount requested**   _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        _____

**Nature of claim**    _____

**Amount requested**   _____

Debtor      __Marguerite R. Billbrough, P.C._____          Case number *(if known)* _____
            Name

| 76. | **Trusts, equitable or future interests in property** | | |
|---|---|---|---|

76. **Trusts, equitable or future interests in property**

_____          _____

77. **Other property of any kind not already listed** *Examples:* Season
tickets, country club membership

_____          _____

_____          _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.          _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $875.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,229.16 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,291.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $27,335.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................. ➔ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,165.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $40,895.65 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................... | | $40,895.65 |

```
Fill in this information to identify the case:

Debtor name    Marguerite R. Billbrough, P.C.

United States Bankruptcy Court for the:    Eastern    District of    Pennsylvania
                                                                    (State)

Case number (if known):
```

☐ Check if this is an
amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

**M & T Bank**

**Describe debtor's property that is subject to a lien**

|  | **$93,000.00** | **unknown** |
| --- | --- | --- |

**Creditor's mailing address**

**One M & T Plaza**

**Buffalo, NY 14240**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Case # CV-2015-007831

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                **$2,276,000.69**

| Debtor | **Marguerite R. Billbrough, P.C.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2 Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**2 North Street 320**

**Birmingham, AL 35203**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   6   5   0   0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Case # CV-2016-000609

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,158,000.69        unknown

Debtor    **Marguerite R. Billbrough, P.C.**
_____    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A — Amount of claim. Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim |
|---|---|---|---|

**2.3** **Creditor's name**

**WSFS Bank**
_____

**Creditor's mailing address**

**Attn: Bankruptcy**
_____

**PO Box 500 500 Delaware Ave**
_____

**Wilmington, DE 19801**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $25,000.00

**Value of collateral:** unknown

Debtor    **Marguerite R. Billbrough, P.C.**
_____    Case number (if known) _____
        Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **M&T Bank**<br>**PO Box 62146**<br>**Baltimore, MD 21264** | Line 2. __1__ | ___ ___ ___ ___ |
| **M&T Bank**<br>**Attn: Legal Liason Dept**<br>**475 Crosspoints Parkway**<br>**Getzville, NY 14068** | Line 2. __1__ | ___ ___ ___ ___ |
| **U.S. Small Business Administration**<br>**ATTN: District Counsel**<br>**660 American Avenue 301**<br>**King of Prussia, PA 19406** | Line 2. __2__ | ___ ___ ___ ___ |
| **U.S. Small Business Administration**<br>**ATTN: District Counsel**<br>**660 American Avenue 301**<br>**King of Prussia, PA 19406** | Line 2. __2__ | ___ ___ ___ ___ |
| **Department of Treasury**<br>**c/o Bureau of the Fiscal Service**<br>**PO Box 830794**<br>**Birmingham, AL 35283** | Line 2. __2__ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

Debtor    **Marguerite R. Billbrough, P.C.** _____
         Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ <br> _____ <br> _____ | Line 2. ___ | __ __ __ __ |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Marguerite R. Billbrough, P.C.**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**Eastern District of Pennsylvania**</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | _____ | _____ |
| **2.2** | Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | _____ | _____ |

| Debtor | **Marguerite R. Billbrough, P.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Charles J. Ozeck**

**601 West Callowhill Street**

**Perkasie, PA 18944**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$30,640.00**

**3.2** Nonpriority creditor's name and mailing address

**Choice MedWaste**

**PO Box 1443**

**Hockessin, DE 19707**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5.00**

**3.3** Nonpriority creditor's name and mailing address

**Comcast Business**

**PO Box 70219**

**Philadelphia, PA 19176**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$408.86**

**3.4** Nonpriority creditor's name and mailing address

**Craftech Computer Solutions**

**34 State Road**

**Media, PA 19063**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,171.98**

Debtor   **Marguerite R. Billbrough, P.C.**                    Case number *(if known)* _____
     Name

---

## Part 2: Additional Page

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,512.35 |
|---|---|---|---|

**3.5**

**Nonpriority creditor's name and mailing address**

**Eastern Answering Service**

**40 E. Baltimore Avenue**

**Lansdowne, PA 19050**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$4,512.35**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Extra Space Storage**

**1240 Chester Pike**

**Crum Lynne, PA 19022**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$469.96**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Foxfire Systems Group**

**3605 W. Teem Drive**

**Southampton, PA 18966**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Genesis Capital**

**17551 Gilette Avenue**

**Irvine, CA 92614**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$20,598.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Marguerite R. Billbrough, P.C.** | Case number *(if known)* _____ |
|--------|------------------------------------|-------------------------------------------|
|        | Name                               |                                           |

---

**Part 2:**  Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $477.37 |
|-----|--------------------------------------------------|-----------------------------------------------|---------|

**Global Payments**

**3550 Lenox Road**

**Atlanta, GA 30326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.88 |
|------|--------------------------------------------------|-----------------------------------------------|---------|

**Hilco Vision**

**575 West Street 120**

**Mansfield, MA 02048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,948.43 |
|------|--------------------------------------------------|-----------------------------------------------|-----------|

**Iron Mountain Shredding**

**PO Box 27128**

**New York, NY 10087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.90 |
|------|--------------------------------------------------|-----------------------------------------------|---------|

**Johnson & Johnson Vison Care, Inc**

**7500 Centurion Parkway**

**Jacksonville, FL 32256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Marguerite R. Billbrough, P.C.**                                          Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,070.69
| **Keystone Health Plan East** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 8240** | ☐ Unliquidated
| **Philadelphia, PA 19101** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,773.50
| **Lamb Mcerlane PC** | *Check all that apply.*
| | ☐ Contingent
| **24 E. Market Street** | ☐ Unliquidated
| **West Chester, PA 19381** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,285.04
| **Main Line Health** | *Check all that apply.*
| | ☐ Contingent
| **240 Radnor Chester Road 260** | ☐ Unliquidated
| **Wayne, PA 19087** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.27
| **McKesson Medical-Surgical, Inc.** | *Check all that apply.*
| | ☐ Contingent
| **9954 Mayland Drive 4000** | ☐ Unliquidated
| **Henrico, VA 23233** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

Debtor    **Marguerite R. Billbrough, P.C.**                                    Case number *(if known)* _____
    Name

---

| Part 2: | Additional Page |
| --- | --- |

---

**3.17** Nonpriority creditor's name and mailing address

**Nixon**

**500 Centerpoint Blvd**

**New Castle, DE 19720**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$75.76

---

**3.18** Nonpriority creditor's name and mailing address

**OcuSoft, Inc.**

**PO Box 1167**

**Rosenberg, TX 77471**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$187.28

---

**3.19** Nonpriority creditor's name and mailing address

**Office Basics**

**22 Creek Circle**

**Marcus Hook, PA 19061**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$97.81

---

**3.20** Nonpriority creditor's name and mailing address

**Offit Kurman**

**7021 Columbia Gateway Drive 200**

**West Chester, PA 19381**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$85,965.00

---

| Debtor | **Marguerite R. Billbrough, P.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,470.26 |

**Ophthalmic Mutual Insurance Company**

**PO Box 45221**

**San Francisco, CA 94145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,100.00 |

**Payroll Solutions**

**900 Jaymor Road**

**Southampton, PA 18966**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 |

**PECO**

**2301 Market Street**

**Philadelphia, PA 19103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.94 |

**Ready Fresh**

**PO Box 856680**

**Louisville, KY 40285**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Marguerite R. Billbrough, P.C.**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.36 |
|---|---|---|---|

**Rollens Professional Products**

**15350 E. Hinsdale Drive H**

**Englewood, CO 80112-4245**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.25 |
|---|---|---|---|

**State Farm Insurance**

**7954 Bustleton Avenue**

**Philadelphia, PA 19152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,646.62 |
|---|---|---|---|

**TD Bank**

**PO Box 5600**

**Lewiston, ME 04243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,865.58 |
|---|---|---|---|

**TD BANK, N.A.**

**PO Box 100205**

**Columbia, SC 29202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Marguerite R. Billbrough, P.C.**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,066.17 |

**Transworld System Inc**

**Attn: Bankruptcy**

**PO Box 15630**

**Wilmington, DE 19850**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Marguerite R. Billbrough, P.C.**                                                Case number *(if known)*
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Lamb Mcerlane PC** <br> **PO Box 565** <br> **West Chester, PA 19381** | Line **3.14** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Parsons, Christopher G.** <br> **34437A Via Verde** <br> **Capistrano Beach, CA 92624** | Line **3.8** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Superior Court of California** <br> **700 W Civic Center Drive** <br> **Santa Ana, CA 92701** | Line **3.8** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Transworld Systems, Inc.** <br> **500 Virginia Drive 514** <br> **Fort Washington, PA 19034** | Line **3.29** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Marguerite R. Billbrough, P.C.**
_____    Case number *(if known)* _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$278,964.55** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$278,964.55** |

Fill in this information to identify the case:

Debtor name _____**Marguerite R. Billbrough, P.C.**_____

United States Bankruptcy Court for the:

**Eastern District of Pennsylvania**_____

Case number (if known): _____ Chapter _____**7**_____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | **Riddle Hospital** |
| | **Contract to be REJECTED** | **c/o Main Line Health** |
| State the term remaining | **15 months** | **240 Radnor Chester Road 270** |
| List the contract number of any government contract | | **Bryn Mawr, PA 19010** |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Marguerite R. Billbrough, P.C.**

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Marguerite R. Billbrough, P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ _____ City         State         ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ _____ City         State         ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name __**Marguerite R. Billbrough, P.C.**__

United States Bankruptcy Court for the:

__**Eastern District of Pennsylvania**__

Case number (if known): _____    Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*..................................................................................
   
   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................
   
   | $40,895.65 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..................................................................................
   
   | $40,895.65 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   
   | $2,276,000.69 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................
   
   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................
   
   | + $278,964.55 |

4. **Total liabilities**........................................................................................................................
   
   Lines 2 + 3a + 3b
   
   | $2,554,965.24 |

Fill in this information to identify the case:

Debtor name          **Marguerite R. Billbrough, P.C.**

United States Bankruptcy Court for the:

**Eastern District of Pennsylvania**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date  MM/ DD/ YYYY | ☑ Operating a business  ☐ Other _____ | **$61,527.08** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**  MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business  ☐ Other _____ | **$410,099.56** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**  MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business  ☐ Other _____ | **$501,013.07** |

**2.  Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date  MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**  MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**  MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

Debtor  **Marguerite R. Billbrough, P.C.**                                                    Case number *(if known)* _____
        Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br>_____<br><br>Street<br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br>_____<br><br>Street<br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor ___Marguerite R. Billbrough, P.C._____    Case number *(if known)* _____
     Name

5.1. _____    _____    _____    _____
     Creditor's name

     _____
     Street

     _____

     _____
     City       State   ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>    Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City  State  ZIP Code | _____<br><br>XXXX–__ __ __ __ | _____ | _____ |

<div style="background:black; color:white"><strong>Part 3:</strong></div> Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Genesis Commercial Capital, LLC v. Marguerite Billbrough and Center for Sight of Delaware County** | _____ | **Superior Court of California**<br>Name<br>**700 W Civic Center Drive**<br>Street<br>_____<br>**Santa Ana, CA 92701**<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**30-2023-01339102-CL-BC-CJC** | | | |
| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
| | **Offit Kurman, P.C. v. Marguerite R. Billbrough, P.C.** | _____ | **Philadelphia Court of Common Pleas**<br>Name<br>**Stout Center 1205**<br>Street<br>_____<br>**Philadelphia, PA 19107**<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**2023** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Marguerite R. Bilbrough, P.C.**    Case number *(if known)*

_____
Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name
_____

Street
_____

_____

City                State    ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

_____

City                State    ZIP Code

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.**    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name
_____

Street
_____

_____

City                State    ZIP Code

**Recipient's relationship to debtor**
_____

---

**Part 5:    Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** | | | |

---

**Part 6:    Certain Payments or Transfers**

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor   **Marguerite R. Billbrough, P.C.**                                        Case number *(if known)*
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Dunne Law Offices, PC** | **Attorney's Fee** | **04/05/2024** | **$7,500.00** |
| | **Address** | | | |
| | **1515 Market Street 1200**<br>Street | | | |
| | | | | |
| | **Philadelphia, PA 19102**<br>City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **Marguerite R. Billbrough, P.C.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **Marguerite R. Bilbrough, P.C.**                    Case number *(if known)*
_____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **1553 Chester Pike 101** <br> Street <br><br> **Crum Lynne, PA 19022** <br> City          State    ZIP Code | From  **01/01/2006**   To  **06/01/2022** |

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Center for Sight of Delaware County** <br> Facility name <br><br> **1098 W. Baltimore Pike 3301** <br> Street <br><br> **Media, PA 19063** <br> City          State    ZIP Code | **Opthalmic medical practice** <br><br><br> **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. <br><br> **CRAFTECH SOLUTIONS** | **4000** <br><br><br> How are records kept? <br> *Check all that apply:* <br> ☑ Electronically <br><br> ☐ Paper |

Debtor    **Marguerite R. Bilbrough, P.C.**                                        Case number *(if known)*
    Name

| **Part 9:** | Personally Identifiable Information |
| --- | --- |

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City     State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City            State    ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **Extra Space Storage** | | ~~See attached list.~~ | ☐ No |
| | Name | | | ☑ Yes |
| | **1240 Chester Pike** | | | |
| | Street | | | |
| | | **Address** | | |
| | **Crum Lynne, PA 19022** | | | |
| | City            State    ZIP Code | | | |

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City            State    ZIP Code | | | |

---

### Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Marguerite R. Bilbrough, P.C.**                                      Case number *(if known)* _____
          Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City            State    ZIP Code |  |  |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ |  |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City        State   ZIP Code | City        State   ZIP Code |  |  |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ |  |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City        State   ZIP Code | City        State   ZIP Code |  |  |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Marguerite R. Bilbrough, P.C.**                          Case number *(if known)* _____

    Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. _____

Name

EIN: _ _ – _ _ _ _ _ _ _

| Dates business existed |
|---|

Street

From _____   To _____

_____

City          State    ZIP Code

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **Robert Gottshalk**

Name

From **01/01/2020**  To **04/19/2024**

**707A Bethlehem Pike**

Street

**Glenside, PA 19038**

City          State          ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1. _____

Name

From _____   To _____

Street

_____

City          State          ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. _____

Name

Street

_____

City          State          ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name

_____

Street

_____

_____

City                                    State                    ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

_____

Street

_____

_____

City                                    State              ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marguerite R. Billbrough** | **1098 W. Baltimore Pike 3301 Media, PA 19063** | **President,** | **100.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____  To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor   **Marguerite R. Billbrough, P.C.**                                      Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____     _____   _____   _____

   Name

   _____
   Street

   _____

   _____
   City              State      ZIP Code

   | Relationship to debtor |
   |---|

   _____

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/05/2024**
            MM/ DD/ YYYY

**X** **/s/ Marguerite R. Billbrough**                    Printed name     **Marguerite R. Billbrough**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Dr. Marguerite R. Billbrough**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name: **Marguerite R. Billbrough, P.C.**

United States Bankruptcy Court for the:
**Eastern District of Pennsylvania**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Charles J. Ozeck<br>601 West Callowhill Street<br>Perkasie, PA 18944 | | | | | | $30,640.00 |
| 2 | Craftech Computer Solutions<br>34 State Road<br>Media, PA 19063 | | | | | | $2,171.98 |
| 3 | Eastern Answering Service<br>40 E. Baltimore Avenue<br>Lansdowne, PA 19050 | | | | | | $4,512.35 |
| 4 | Foxfire Systems Group<br>3605 W. Teem Drive<br>Southampton, PA 18966 | | | | | | $2,500.00 |
| 5 | Genesis Capital<br>17551 Gilette Avenue<br>Irvine, CA 92614 | | | | | | $20,598.29 |
| 6 | Global Payments<br>3550 Lenox Road<br>Atlanta, GA 30326 | | | | | | $477.37 |
| 7 | Iron Mountain Shredding<br>PO Box 27128<br>New York, NY 10087 | | | | | | $1,948.43 |
| 8 | Keystone Health Plan East<br>PO Box 8240<br>Philadelphia, PA 19101 | | | | | | $4,070.69 |

Debtor    **Marguerite R. Billbrough, P.C.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Lamb Mcerlane PC<br>24 E. Market Street<br>West Chester, PA 19381 | | | | | | $18,773.50 |
| 10  M & T Bank<br>One M & T Plaza<br>Buffalo, NY 14240 | | | | | | $93,000.00 |
| 11  Main Line Health<br>240 Radnor Chester Road 260<br>Wayne, PA 19087 | | | | | | $6,285.04 |
| 12  Offit Kurman<br>7021 Columbia Gateway Drive 200<br>West Chester, PA 19381 | | | | | | $85,965.00 |
| 13  Ophthalmic Mutual Insurance Company<br>PO Box 45221<br>San Francisco, CA 94145 | | | | | | $1,470.26 |
| 14  Payroll Solutions<br>900 Jaymor Road<br>Southampton, PA 18966 | | | | | | $16,100.00 |
| 15  PECO<br>2301 Market Street<br>Philadelphia, PA 19103 | | | | | | $3,000.00 |
| 16  Small Business Administration<br>2 North Street 320<br>Birmingham, AL 35203 | | | | | | $2,158,000.69 |
| 17  TD Bank<br>PO Box 5600<br>Lewiston, ME 04243 | | | | | | $46,646.62 |
| 18  TD BANK, N.A.<br>PO Box 100205<br>Columbia, SC 29202 | | | | | | $18,865.58 |
| 19  Transworld System Inc<br>Attn: Bankruptcy<br>PO Box 15630<br>Wilmington, DE 19850 | | | | | | $12,066.17 |
| 20  WSFS Bank<br>Attn: Bankruptcy<br>PO Box 500 500 Delaware Ave<br>Wilmington, DE 19801 | | | | | | $25,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

**In re**      Marguerite R. Billbrough, P.C.

Case No. _____

**Debtor**                                                    Chapter _____**7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    **$7,500.00**

Prior to the filing of this statement I have received ................................................................    **$7,500.00**

Balance Due ...........................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/05/2024** | **/s/ Stephen Dunne** |
|---|---|
| *Date* | Stephen Dunne |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 208838
Dunne Law Offices, PC
1515 Market Street 1200
Philadelphia, PA 19102
Phone: (215) 205-6367

</div>

**Dunne Law Offices, PC**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE: **Marguerite R. Billbrough, P.C.**                                    CASE NO

                                                                             CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**06/05/2024**___        Signature _____**/s/ Marguerite R. Billbrough**_____

                              Marguerite R. Billbrough, Dr. Marguerite R. Billbrough

Charles J. Ozeck
601 West Callowhill Street
Perkasie, PA 18944


Choice MedWaste
PO Box 1443
Hockessin, DE 19707


Comcast Business
PO Box 70219
Philadelphia, PA 19176


Craftech Computer Solutions
34 State Road
Media, PA 19063


Department of Treasury
c/o Bureau of the Fiscal Service
PO Box 830794
Birmingham, AL 35283


Eastern Answering Service
40 E. Baltimore Avenue
Lansdowne, PA 19050


Extra Space Storage
1240 Chester Pike
Crum Lynne, PA 19022


Foxfire Systems Group
3605 W. Teem Drive
Southampton, PA 18966

Genesis Capital
17551 Gilette Avenue
Irvine, CA 92614

Global Payments
3550 Lenox Road
Atlanta, GA 30326

Hilco Vision
575 West Street 120
Mansfield, MA 02048

Iron Mountain Shredding
PO Box 27128
New York, NY 10087

Johnson & Johnson Vison
Care, Inc
7500 Centurion Parkway
Jacksonville, FL 32256

Keystone Health Plan East
PO Box 8240
Philadelphia, PA 19101

Lamb Mcerlane PC
24 E. Market Street
West Chester, PA 19381

Lamb Mcerlane PC
PO Box 565
West Chester, PA 19381

M & T Bank
One M & T Plaza
Buffalo, NY 14240

M&T Bank
PO Box 62146
Baltimore, MD 21264

M&T Bank
Attn: Legal Liason Dept
475 Crosspoints Parkway
Getzville, NY 14068

Main Line Health
240 Radnor Chester Road 260
Wayne, PA 19087

McKesson Medical-Surgical,
Inc.
9954 Mayland Drive 4000
Henrico, VA 23233

Nixon
500 Centerpoint Blvd
New Castle, DE 19720

OcuSoft, Inc.
PO Box 1167
Rosenberg, TX 77471

Office Basics
22 Creek Circle
Marcus Hook, PA 19061

Office of General Counsel
130 South Bryn Mawr Avenue
Bryn Mawr, PA 19010

Offit Kurman
7021 Columbia Gateway Drive 200
West Chester, PA 19381

Ophthalmic Mutual Insurance
Company
PO Box 45221
San Francisco, CA 94145

Christopher G. Parsons
34437A Via Verde
Capistrano Beach, CA 92624

Payroll Solutions
900 Jaymor Road
Southampton, PA 18966

PECO
2301 Market Street
Philadelphia, PA 19103

Ready Fresh
PO Box 856680
Louisville, KY 40285

Riddle Hospital
c/o Main Line Health
240 Radnor Chester Road 270
Bryn Mawr, PA 19010

Rollens Professional Products
15350 E. Hinsdale Drive H
Englewood, CO 80112-4245


Small Business
Administration
2 North Street 320
Birmingham, AL 35203


State Farm Insurance
7954 Bustleton Avenue
Philadelphia, PA 19152


Superior Court of California
700 W Civic Center Drive
Santa Ana, CA 92701


TD Bank
PO Box 5600
Lewiston, ME 04243


TD BANK, N.A.
PO Box 100205
Columbia, SC 29202


Transworld System Inc
Attn: Bankruptcy
PO Box 15630
Wilmington, DE 19850


Transworld Systems, Inc.
500 Virginia Drive 514
Fort Washington, PA 19034

U.S. Small Business
Administration
ATTN: District Counsel
660 American Avenue 301
King of Prussia, PA 19406

WSFS Bank
Attn: Bankruptcy
PO Box 500 500 Delaware Ave
Wilmington, DE 19801